# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

JS-6

Case No. SA CV 17-1034-DOC (JDEx)　　　　　　　　Date: September 28, 2017

Title: YOUNG HEE PARK V. DENVER D DARLING

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):　ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

　　On September 12, 2017, the Court issued an Order to Show Cause Why This Cause Should Not Be Dismissed for Lack of Prosecution ("Order") (Dkt. 20). The deadline to respond to the Order was September 26, 2017. *Id.* Plaintiff has not responded to the Order in any fashion.

　　Accordingly, the Court ORDERS that this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

　　The Clerk shall serve this minute order on the parties.

　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: djg

MINUTES FORM 11
CIVIL-GEN